IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DEAN UCCARDI, | |
| Plaintiff, | CIVIL ACTION NO.: 4:25-cv-24 |
| v. | |
| NATIONWIDE GENERAL INSURANCE COMPANY, | |
| Defendant. | |

**O R D E R**

Defendant filed a Consent Motion to Stay and seeks to stay the parties' Federal Rule of Civil Procedure 26 reporting and discovery deadlines, pending resolution of Defendant's motion to dismiss. Doc. 11. Defendant's counsel represents that Plaintiff consents to the requested stay. Id. at 2. Upon review, the Court **GRANTS** the Consent Motion and **STAYS** the proceedings in this case, including discovery, pending resolution of Defendant's motion to dismiss. Should this case remain pending after the Court rules on the motion to dismiss, this stay will lift automatically, and the parties are to submit their Rule 26(f) report within 14 days of that ruling.

**SO ORDERED**, this 5th day of March, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA